IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No.: 3:14CR273 |
| | ) | |
| Plaintiff, | ) | Judge James G. Carr |
| v. | ) | |
| | ) | |
| Regina Navarro, | ) | **FINAL ORDER OF FORFEITURE** |
| | ) | |
| Defendant. | ) | |

WHEREAS, August 19, 2014, a 55-count indictment was filed charging defendant and others with violations of, inter alia, 21 U.S.C. §§ 841(a)(1) and 846, possession with intent to distribute, and conspiracy to possess with intent to distribute narcotics. (Doc. 1: Indictment).

AND WHEREAS, the indictment further sought the forfeiture, pursuant to 21 U.S.C. § 853, of all property constituting or derived from any proceeds obtained directly and indirectly as a result of the offenses charged, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in the indictment, including but not limited to funds in financial accounts, vehicles, real property, and personal property, which property afforded defendants a source of influence over the enterprise which the defendants established, operated, controlled, and conducted and participated in the conduct of, in violation of 21 U.S.C. §§ 841(a) and 846, as set forth in Counts 1 through 36 and 40 through 55, as property constituting and derived from proceeds which the above-listed defendants obtained, directly and indirectly, from the illegal trafficking activity charged.

AND WHEREAS, on November 5, 2015, defendant REGINA NAVARRO entered a plea of guilty to Count 1, conspiracy to possess with intent to distribute heroin, cocaine, and marijuana, a violation of 21 U.S.C. §§ 841(a)(1) and 846.

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of the subject property, pursuant to 21 U.S.C. § 853(n)(1).

AND WHEREAS, on January 14, 2016, this Court issued a Preliminary Order of Forfeiture instructing the United States to publish notice on the Department of Justice's internet website at www.forfeiture.gov to any third parties asserting a legal interest in the subject assets, the Court's Order and the United States' intent to dispose of the subject assets in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n). (Doc. 588: Preliminary Order of Forfeiture; Doc. 594: Declaration of Publication).

AND WHEREAS, no claims to the below-described assets were filed within the prescribed time limitation.

AND WHEREAS, the Amended Judgment of defendant REGINA NAVARRO was filed on March 23, 2016. (R. 624: Amended Judgment).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The below-described assets are finally forfeited to the United States pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(n), and no right, title or interest shall exist in REGINA NAVARRO or any other party:

> Real property and structures located upon parcel number 01-00511 with the street address: **625 Parker Avenue, Toledo, Lucas County, Ohio.**

and such asset is hereby forfeited to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n)(1).

2. The United States shall seize and take control of the subject asset, and shall dispose

of it in accordance with law and regulation.

    3.   This Final Order of Forfeiture hereby extinguishes and renders invalid all other third party claims of any kind whatsoever against the subject assets.

    ORDERED this __21st__ day of __April__, 2016.

                                       s/James G. Carr
                                       UNITED STATES DISTRICT JUDGE